IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIAM B. BENTON, ET.AL.　　　　　　　　　　　　　　　PLAINTIFFS

v.　　　　　　　　　　　NO. 3:06CV00105GTE

MERRILL LYNCH & CO., INC.;
REFCO, LLC　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

ORDER EXTENDING TIME TO OBTAIN
SERVICE OF SUMMONS AND COMPLAINT

Before the court is Plaintiffs' Motion to Extend Time to Obtain Service of Summons and Complaint upon Refco, LLC and from the motion and all other facts and matters before the court, the court finds:

1. This action was commenced on June 19, 2006 by the filing of a complaint in this court against the named defendants.

2. The clerk of this court caused to issued on June 19, 2006 a summons directed to United States Corporation Company, agent for service of process for Refco, LLC at an address in Little Rock, Arkansas.

3. By letter dated October 6, 2006 the lawyer for the plaintiffs was advised by Corporation Service Company that it was unable to accept service as prepared, apparently because of a problem with the name of the corporation or the similarity of names of more than one company.

1

4. Plaintiffs have now determined that Refco, LLC maintains an agent for service of process in New York, New York, the location of its principal place of business and plaintiffs have caused to be issued a new summons directed to that agent for service of process. It appears from the records of the Arkansas Secretary of State that Refco, LLC is no longer an active entity in Arkansas and it no longer maintains an agent for service of process in this state.

5. Plaintiffs have made a good faith effort to obtain service of summons and complaint upon Refco, LLC but have been unable to do so because Refco, LLC no longer maintains current records of its business and its agent for service of process in Arkansas. Plaintiff's counsel was required to search the records of Secretaries of State for numerous states before a registered agent could be found for the defendant.

6. A new summons has been issued for Refco, LLC to be served upon the registered agent for service of process which it has designated with the New York State Secretary of State and same has been forwarded to such agent in an attempt to obtain service before expiration of the original 120 day period provided by Rule 12(m), FRCP.

6. Rule 4(m), FRCP allows this court, for good cause, to extend the time to obtain service of summons and complaint upon a defendant. The facts set forth above constitute good cause for allowing plaintiffs an additional 120 days to effectuate service of summons and complaint upon the out-of-state defendant, Refco, LLC.

IT IS, THEREFORE, the order of this court that Plaintiffs should be, and hereby are, granted an additional 120 days to effectuate service of process upon Refco, LLC.

IT IS SO ORDERED.

_____
G. Thomas Eisele
United States District Judge

Dated:

October 13, 2006

3