IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**WILLIAM B. BENTON, et al.**                                                                       **PLAINTIFF**

V.                          CASE NO. 3:06-CV-00105 GTE

**MERRILL LYNCH & CO., INC.'**
**REFCO, LLC**                                                                                       **DEFENDANTS**

## ORDER ADMINISTRATIVELY TERMINATING REFCO, LLC

On October 30, 2006, a Notice of Bankruptcy was filed in this case advising that Refco, LLC has filed a voluntary petition under Chapter 7 of Title 11 of the Bankruptcy Code. (See Docket # 10).

Plaintiffs are hereby advised that they are prohibited from taking any further action to collect a pre-petition (prior to the filing of bankruptcy) debt against Defendant Refco unless and until they receive permission to do so from the Bankruptcy Judge proceeding over Refco's bankruptcy proceeding.

Because of the pending bankruptcy proceeding, Refco will be administratively terminated as a party to this action. The Clerk is directed to administratively terminate Refco as a party Defendant in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation, order, or for any other purpose required to obtain a final determination of the litigation. Provided however, this case will not be reopened unless within 90 days of the final disposition of this matter or the proceedings in Bankruptcy Court for the Southern District of New York, Case No. 05-60134 (RRD), an application to reopen is filed herein by one or more parties to this action. If no such motion to reopen is filed

within said 90 day period this order shall be deemed a dismissal with prejudice of all claims made against REFCO, LLC.

    IT IS SO ORDERED this __7th__ day of March, 2007.

                                    _/s/Garnett Thomas Eisele_
                                    UNITED STATES DISTRICT JUDGE